J-S17036-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| JAMAL TOMPSON, | |
| Appellant | No. 957 EDA 2017 |

Appeal from the Judgment of Sentence entered February 17, 2017,
in the Municipal Court of Philadelphia,
Criminal Division, at No(s): MC-51-CR-0027207-2013

BEFORE:  BENDER, P.J.E., LAZARUS, J. and KUNSELMAN, J.

JUDGMENT ORDER BY KUNSELMAN, J.:             **FILED MARCH 29, 2018**

Jamal Tompson appeals from the Municipal Court of Philadelphia's judgment of sentence for various probation violations.   Tompson has mistakenly filed his appeal with this Court.   The Rules of Criminal Procedure for the Philadelphia Municipal Court provide that if a defendant wishes to challenge an order of the Municipal Court, he shall file either a petition for writ of *certiorari* or a notice of appeal.  Pa.R.Crim.P. 1006, 1008.   "A trial *de novo* gives the defendant a new trial without reference to the Municipal Court record; a petition for writ of *certiorari* asks the Common Pleas Court to review the record made in the Municipal Court." **Commonwealth v. Beaufort**, 112 A.3d 1267, 1269 (Pa. Super. 2015) (citation omitted).

Because Tompson is challenging the sentence only, we assume he is requesting a writ of *certiorari*.[1]

"[I]t is quite clear that the Philadelphia Court of Common Pleas enjoys appellate jurisdiction" over this appeal from the Philadelphia Municipal Court. ***Commonwealth v. Anthony***, 613 A.2d 581, 586 (Pa. Super. 1992).

Pursuant to Pennsylvania Rule of Appellate Procedure 751, this case is transferred to the Court of Common Pleas of Philadelphia County. The trial court shall treat this appeal "as if originally filed in transferee court on the date first filed" – in this case, March 16, 2017. Pa.R.A.P. 751.

The ***Anders*** brief filed by Tompson's attorney is premature; as such it is denied.

Appeal transferred to Philadelphia Court of Common Pleas for proceedings consistent with this Judgment Order. Motion to withdraw as counsel denied.

Judgment Entered.

_Joseph D. Seletyn_

Joseph D. Seletyn, Esq.
Prothonotary

Date: 3/29/18

---

[1] If Tompson is seeking a trial *de novo*, he shall immediately notify the trial court.